**IT IS SO ORDERED**



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19–03
JOSIAH C. SELL, CLERK OF COURT

BY: /s/ **Jessica Wander**
**Deputy Clerk**

**Dated: June 4, 2025**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:**
Jennifer R Humrichouser
1777 E Waterford Ct Apt 726
Akron, OH 44313

**Case Number:** 25−50937−amk

**Chapter:** 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form B 103A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

$84.50 on or before  July 04, 2025

$84.50 on or before  August 01, 2025

$84.50 on or before  September 05, 2025

$84.50 on or before  October 01, 2025

**Total:** $338.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or anyone else for services in connection with this case. Installment payments must be submitted to the U.S. Bankruptcy Court, 455 John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron OH, 44308 no later than the payment deadline(s) of this order.

Payments must be submitted in the form of a money order or cashier's check payable to **Clerk, U.S. Bankruptcy Court.** Personal checks are not acceptable.

Cashier's check or money order may be submitted from 9:00 a.m. until 4:00 p.m. in the court's Intake Department.

**Form: ohnb 114 (06/21)**